UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD COOK,<br><br>Defendant. | Criminal No. 26-113 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendant Gerald Cook's Motion to Suppress Tangible Evidence [Dkt. No. 31] is DENIED.

SO ORDERED.

Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/13/26